UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

|  |  |
|---|---|
| DOUGLAS A. DAVIS, | ) |
| Plaintiff, | ) **CASE NO.** 3:20-CV-199-JRW-RSE |
|  | ) Removed from Hardin Circuit Court |
| VS. | ) Civil Action No. 20-CI-00337 |
|  | ) |
| GARRETT'S DELIVERY SERVICE, INC. | ) |
| And COLE R. GILLILAND | ) |
| Defendants. | ) |

## JOINT MOTION FOR ENTRY OF
## AGREED ORDER OF DISMISSAL

Come the parties, by their respective undersigned counsel, and jointly move this Court for entry of the attached agreed order of dismissal. The parties have successfully resolved the subject matter of this action.

Respectfully Submitted,

　　/s/Michael T. Davis　　
Michael T. Davis (KBA# 89457)
**KOPKA PINKUS DOLIN PC**
301 E. Main Street, Suite 400
Lexington, KY 40507
Phone: (859) 368-8999
Fax: (859) 368-3772
mtdavis@kopkalaw.com
*Counsel for Defendants*


　　/S/ Caroline B. Clay (by MTD w/permission)
Caroline B. Clay
Philip R. Price
Isaacs & Isaacs, P.S.C.
1601 Business Center Court
Louisville, KY 40299
caroline.clay@isaacsandisaacs.com
philip.price@isaacsandisaacs.com
*Counsel for Plaintiff*

Page **1** of **1**